IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES MATTHEW FAILS,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1647

Opinion filed November 2, 2017.

An appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

James Matthew Fails, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Bryan Jordan, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.